# United States District Court
# Southern District of Georgia
# Savannah Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2018 JUL 13 AM 8:25
CLERK
SO. DIST. OF GA.

RASHONDA WALDEN, o/b/o )
NBK, *a minor*, )
)
    Plaintiff, )
)
v. ) CV418-154
)
NANCY A. BERRYHILL, Acting )
Commissioner of Social )
Security, )
)
    Defendant. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

**SO ORDERED** this 12 day of July, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)